USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

DELAWARE TRUST COMPANY, as Trustee for the PT ATL SPV GRANTOR TRUST,

         Plaintiff,

   -against-

2084 GRAND AVE HOLDINGS LLC; 2155 GRAND AVE HOLDINGS LLC; DOVID KLEINER; CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to the plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest or lien upon the premises described in the complaint,

         Defendants.

-------------------------------------------------------------- X

25-CV-5379 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS the parties appeared before the Court on their respective motions on August 12, 2025.

  IT IS HEREBY ORDERED that by no later than August 15, 2025: (i) the parties must execute a protective order and produce to each other an unredacted copy of the pertinent trust agreements (i.e., Plaintiff must produce a copy of the trust agreement for the PT ATL SPV Grant Trust and Defendants must produce the trust agreement for the SF Family Credit Shelter Trust); (ii) Defendants must file publicly the pertinent portion of the SF Family Credit Shelter Trust agreement and must file the entire agreement under seal; (iii) Plaintiff must file the entire PT ATL SPV Grant Trust agreement under seal; and (iv) the parties must file a joint letter stating whether they want a referral to Magistrate Judge Moses for a settlement conference.

IT IS FURTHER ORDERED that Plaintiff's supplemental brief on subject matter jurisdiction must be filed by **August 27, 2025**. Defendants' brief must be filed by no later than **September 12, 2025**. The briefs cannot exceed fifteen double-spaced pages. Plaintiff's reply must be filed by **September 17, 2025** and cannot exceed eight double-spaced pages.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **September 26, 2025** at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 and should be prepared to argue whether this Court has subject matter jurisdiction.

**SO ORDERED.**

Date: August 12, 2025
New York, New York

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**