USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELAWARE TRUST COMPANY, as Trustee for the PT ATL SPV GRANTOR TRUST,

                Plaintiff(s),

- *against* -

2084 GRAND AVE HOLDINGS LLC; 2155 GRAND AVE HOLDINGS LLC; DOVID KLEINER; CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD; and "JOHN DOE #1" through "JOHN DOE #10," the last ten names being fictitious and unknown to the plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest or lien upon the premises described in the complaint,

                Defendant(s).

Docket No.: 1:25-cv-05379

**PROTECTIVE ORDER**

**WHEREAS**, on August 12, 2025, the Honorable Valerie E. Caprioni directed plaintiff, Delaware Trust Company, as Trustee for PT ATL SPV Grantor Trust ("Plaintiff"), and defendants, 2084 Grand Ave Holdings LLC, 2155 Grand Ave Holdings LLC and Dovid Kleiner (collectively, "Defendants", and together with Plaintiff, the "Parties") to produce the trust agreements for (i) the PT ATL SPV Grantor Trust (with respect to Plaintiff); and (ii) the SF Family Credit Shelter Trust (with respect to Defendants) (collectively, the "Confidential Information");

**WHEREAS**, the Parties were also directed to execute a Protective Order concerning the Confidential Information.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Confidential Information disclosed will be held and used by the person receiving such information solely for use in connection with the action.

    **IT IS FURTHER ORDERED** that the Confidential Information shall not be disclosed to any person, except:

        a.    Counsel receiving the Confidential Information; or

        b.    Employees of such counsel assigned to and necessary to assist in the litigation.

    **IT IS FURTHER ORDERED** that prior to disclosing or displaying the Confidential Information to any person, counsel must:

        c.    Inform the person of the confidential nature of the information or documents; and

- 2 -

      d.      Inform the person that the use of the Confidential Information by him/her for any purpose other than this litigation and the disclosure of the Confidential Information to any other person is prohibited.

**IT IS FURTHER ORDERED** that the Confidential Information shall also be filed with the Court under seal.

**IT IS FURTHER ORDERED** that at the conclusion of litigation, the Confidential Information and any copies thereof shall be promptly (and in no event later than 30 days after entry of final judgment no longer subject to further appeal or any other final resolution of this matter) returned to the producing party or certified as destroyed, except that the parties' counsel shall be permitted to retain their working files on the condition that those files will remain protected.

Dated: August 18, 2025

| | |
|---|---|
| **ROSENBERG & ESTIS, PC**<br>*Attorneys for Plaintiff* | **FLEISCHMANN PLLC**<br>*Attorneys for Defendants* |
| */s/ Christopher Gorman*<br>Christopher Gorman<br>733 Third Avenue<br>New York, New York 11017 | */s/ Jeffrey Fleischmann*<br>Jeffrey Fleischmann<br>150 Broadway, Suite 701<br>New York, New York 10038 |

SO ORDERED.

8/18/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE