```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DELAWARE TRUST COMPANY, | |
| Plaintiff, | 25-CV-05379 (VEC) (BCM) |
| -against- | |
| 2084 GRAND AVE HOLDINGS LLC, et al., | **ORDER** |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2025

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' confidential settlement letters, submitted in advance of the settlement conference scheduled for September 17, 2025. It is clear from these letters that the parties have not conveyed to each opposing party at least one good-faith settlement demand or offer, as required by ¶ 2 of my Settlement Conference Scheduling Order (Dkt. 70).

Consequently, it is hereby ORDERED that the parties promptly conduct another settlement discussion, during which plaintiff shall convey at least one good-faith demand and defendant shall convey at least one good-faith offer. The discussion may take place through counsel but must be conducted in good faith and in real time (*e.g.,* in person or by telephone). Therefore, but no later than **Wednesday, September 17, 2025, at 12:00 p.m.**, the parties must submit a joint supplemental letter to chambers (by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov), confirming that they complied with this Order, providing the date and time of their good-faith, real-time discussion; and describing the terms of each party's most recent demand or offer. If the parties do not submit the supplemental letter, or if that letter reveals that they have not scrupulously complied with the Settlement Conference Scheduling Order, the conference will be taken off calendar.

Dated: New York, New York  
       September 15, 2025

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**