USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELAWARE TRUST COMPANY, as Trustee for the PT ATL SPV GRANTOR TRUST,

Plaintiff,

- against -

2084 GRAND AVE HOLDINGS LLC; 2155 GRAND AVE HOLDINGS LLC; DOVID KLEINER; and CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD;

Defendants.

Docket No.: 1:25-cv-05379-VEC

**~~PROPOSED~~ ORDER APPOINTING SUCCESSOR REFEREE AND AMENDING JUDGMENT OF FORECLOSURE AND SALE**

WHEREAS, the Court entered a Final Judgment of Foreclosure and Sale on April 10, 2026 (ECF No. 98) (the "Final Judgment"), which, among other things, appointed Paul R. Sklar as Referee to conduct the foreclosure sale; and

WHEREAS, by Order dated September 21, 2026 (ECF No. 113), the Court extended Plaintiff's time to conduct the foreclosure sale and directed Plaintiff to propose a new date and time for the auction; and

WHEREAS, Paul R. Sklar subsequently advised Plaintiff's counsel that, due to a medical procedure, he would be unable to conduct any future auction in this matter and requested that a successor Referee be appointed; and

WHEREAS, Plaintiff notified the Court of the foregoing by letter dated October 6, 2026 (ECF No. 114); and

WHEREAS, Plaintiff has proposed Scott H. Siller, Esq., Fiduciary Registration No. 107953, to serve as successor Referee; and

WHEREAS, Plaintiff has proposed to conduct the foreclosure auction sale within ninety (90) days of the date of the issuance of this Order;

Upon the Order to Show Cause ("OSC") of plaintiff, the Declaration of Christopher A. Gorman, the exhibits annexed thereto, the accompanying Memorandum of Law, the Final Judgment, the Court's subsequent Orders, and all prior proceedings herein, and good cause appearing therefor, it is hereby

ORDERED, that plaintiff's OSC is GRANTED; and it is further

ORDERED, that Paul R. Sklar is relieved of his appointment as Referee under the Final Judgment; and it is further

ORDERED, that Scott H. Siller, Esq., Fiduciary Registration No. 107953, is hereby appointed successor Referee (the "Successor Referee") in place and stead of Paul R. Sklar; and it is further

ORDERED, that the Successor Referee shall have all rights, powers, duties, and authority conferred upon the Referee under the Final Judgment and the Court's subsequent Orders; and it is further

ORDERED, that all references to the "Referee" in the Final Judgment and the Court's subsequent Orders shall hereafter be deemed to refer to the Successor Referee as defined herein; and it is further

ORDERED, that the Final Judgment is amended solely to the extent necessary to reflect the appointment of Scott H. Siller, Esq. as Successor Referee, and except as expressly modified by this Order, all other provisions of the Final Judgment and the Court's subsequent Orders shall remain unchanged and in full force and effect; and it is further

ORDERED, that, by accepting this appointment, Scott H. Siller, Esq. certifies that he is in compliance with Part 36 of the Rules of the Chief Judge (22 NYCRR Part 36), including, but not limited to, §§ 36.2(c) and 36.2(d); and it is further

ORDERED, that the Successor Referee is authorized and directed to conduct the foreclosure sale of the subject properties on or before ninety (90) days from the date of this Order at the location specified in the Final Judgment, subject to compliance with all notice, service, publication, and other requirements set forth in the Final Judgment and the Court's subsequent Orders; and it is further

ORDERED, that, before undertaking the duties of Successor Referee, Scott H. Siller, Esq. shall take and subscribe an oath faithfully to perform the duties of Referee in this action and shall file such oath with the Clerk of the Court, to the extent required by applicable law and not otherwise satisfied by his acceptance of the appointment; and it is further

ORDERED, that all prior proceedings, findings, and actions taken by Paul R. Sklar in his capacity as Referee shall remain in full force and effect to the extent applicable, and Scott H. Siller, Esq., as Successor Referee, may rely upon and adopt such prior proceedings, findings, and actions as he deems appropriate; and it is further

ORDERED, that the Successor Referee shall be subject to the same provisions governing the Referee's compensation set forth in the Final Judgment, unless otherwise ordered by the Court; and it is further

ORDERED, that Plaintiff's counsel shall serve a copy of this Order upon the Successor Referee and all parties entitled to notice no later than seven days after entry of this Order, and shall promptly file proof of such service on the docket.

Plaintiff's counsel must provide the Court with notice of the foreclosure auction's date and time **at least two weeks in advance**.

SO-ORDERED.

Valerie Caproni

HON. VALERIE CAPRONI
United States District Judge

Dated: November 3 ____, 2026
New York, New York